UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20345
Summary Calendar
_____

CAROLYN W. BOYD, Pro Se,

Plaintiff-Appellant,

versus

CITY OF HOUSTON, TEXAS and CITY
OF HOUSTON PERSONNEL DEPARTMENT,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(CA-H-94-2)
_____

February 14, 1996

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

        The judgment of the district court is affirmed for
essentially the reasons stated in its orders entered June 3, 1994 and
April 25, 1995.  In addition, we note Boyd's failure to comply with
this court's briefing Rule 28.2.3, requiring page references to the
district court record.  Boyd's inattention to this briefing rule alone
would have justified rejection of her appeal.  Moore v. FDIC, 993 F.2d
106 (5th Cir. 1993).  Further, Boyd's brief is devoid of a coherent
legal argument for overturning the summary judgment.

_____

        [*] Pursuant to Local Rule 47.5, the court has determined that this
opinion should not be published and is not precedent except under the
limited circumstances set forth in Local Rule 47.5.4.

<u>AFFIRMED</u>.